472 A.2d 233

Commonwealth v. Chestnut, Appellant.

Submitted September 9, 1983. Robert F. Pappano, Assistant Public Defender, for appellant; A. Sheldon Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed.

472 A.2d 234

Commonwealth v. Deremer, Appellant.

Submitted October 3, 1983. Thomas T. Ling, for appellant; Daniel Lee Howsare, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.